UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harvey Friedenson,

Plaintiff,

Monarch Life Insurance Company,

Defendant.

Civil No. 00-1638 ADM/AJB

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**

---

It is hereby stipulated and agreed by the parties, through their respective counsel, that Plaintiff's claims based on the alleged acts and omissions of James D. Flakne, including those for which liability is alleged under the Deceptive Trade Practices Act, Minn. Stat. § 325D.43 *et seq.*, the False Statement in Advertising Act, Minn. Stat. § 325F.67 *et seq.*, and the Minnesota Consumer Fraud Act, Minn. Stat. § 325F.68 *et seq.* shall be dismissed without costs or attorney's fees to either party.

Dated January 19, 2001.

MURRIN LAW FIRM

By ______________________
John Murrin
4018 West 65th Street
Edina, MN 55435
Telephone: (612) 925-3202

Attorneys for Harvey Friedenson

Dated January 11, 2001.

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke (#154210)
Kevin C. Braley (#290373)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Monarch Life Insurance Company

JAN 2 2 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's claims based on the alleged acts and omissions of James D. Flakne, including those for which liability is alleged under the Deceptive Trade Practices Act, Minn. Stat. § 325D.43 *et seq.*, the False Statement in Advertising Act, Minn. Stat. § 325F.67 *et seq.*, and the Minnesota Consumer Fraud Act, Minn. Stat. § 325F.68 *et seq* are **DISMISSED**.

Dated: January 22, 2001

Ann Montgomery
Honorable Ann D. Montgomery
United States District Judge