UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Harvey Friedenson,

Plaintiff,

vs.

Monarch Life Insurance Company,

Defendant.

Civil No. 00-1638 ADM/AJB

~~PROPOSED~~ ORDER

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the following pretrial dates be modified as follows:

1. The date by which defendant's expert be disclosed is changed from May 15, 2001 to July 15, 2001;

2. The date by which discovery is to be completed is changed from July 1, 2001 to August 15, 2001;

3. The date that non-dispositive motions are to be served and filed is changed from July 1, 2001 to August 1, 2001;

4. The date by which dispositive motions are to be filed and heard is changed from September 1, 2001 to October 1, 2001.

5. The current dates for dispositive motions and the ready for trial date remain the same.

Dated: 4/5/01

BY THE COURT:

United States District Court ~~Judge~~ Magistrate

FILED APR 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Harvey Friedenson,

Plaintiff,

vs.

Monarch Life Insurance Company,

Defendant.

Civil No. 00-1638 ADM/AJB

**STIPULATION**

WHEREAS, since the commencement of this case, the parties have each served written discovery, with defendant serving numerous subpoenas and obtaining records through authorization;

WHEREAS, defendant has recently completed obtaining what appears to be most of the relevant documents from third parties;

WHEREAS, defendant contacted plaintiff's counsel in late February/early March to schedule Dr. Friedenson's deposition, which it has been agreed will be two days;

WHEREAS, Dr. Friedenson's deposition was noticed for March 21 and 22, 2001, when plaintiff's counsel was tentatively available, with other dates in late March and April not available at all due to plaintiff's counsel having trials or depositions scheduled during those times; however, plaintiff's counsel had a trial on March 21 and 22 and Dr. Friedenson's deposition was not able to go forward in March;

FILED
CLERK

WHEREAS, the parties have recently conferred about another deposition date, but plaintiff's counsel does not have dates available for the plaintiff's deposition until June, leaving the earliest dates for plaintiff's deposition to be June 12-13, 2001;

WHEREAS, to accommodate these scheduling conflicts, it is necessary to move some of the pretrial deadlines.

NOW, THEREFORE, it is hereby stipulated, by and between the parties, through their counsel of record, that the following pretrial dates be modified as follows:

1. That the date by which defendant's expert be disclosed be changed from May 15, 2001 to July 15, 2001;

2. That the date by which discovery is to be completed be changed from July 1, 2001 to August 15, 2001;

3. That the date that non-dispositive motions are to be served and filed be changed from July 1, 2001 to August 1, 2001;

4. That the date by which dispositive motions are to be filed and heard be changed from September 1, 2001 to October 1, 2001;

5. That the current ready for trial date not be changed.

Dated March 29, 2001.

MURRIN LAW FIRM

By ____________________
John O. Murrin (#7674)
4018 West 65th Street
Edina, MN 55435
Telephone: 612) 835-3800
Attorneys for Plaintiff

Dated: March 30, 2001.

DORSEY & WHITNEY LLP

By ______________________

Stephen P. Lucke (#154210)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 343-7947
Attorneys for Defendant