UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Harvey Friedenson,

Plaintiff,

v.

Monarch Life Insurance Company,

Defendant.

Civil No. 00-1638 ADM/AJB

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the Complaint, and any claims that were raised or could have been raised in the above proceedings, be dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: May 16, 2001

BY THE COURT:

United States District Court Judge
Ann D. Montgomery

MAY 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Harvey Friedenson,

Plaintiff,

vs.

Monarch Life Insurance Company,

Defendant.

Civil No. 00-1638 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff has filed a Complaint in the above matter alleging, among other things, benefits under a disability policy issued by Defendant for the time period since 1995;

WHEREAS, Defendant has filed an Answer, among other things, denying any liability to Plaintiff, including liability for benefits under the policy, and raising affirmative defenses of laches, waiver and estoppel; failure to meet conditions precedent (including providing sufficient proof of loss and timely payment of premiums), and the lapse of the policy due to non-payment of premiums.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that Dr. Friedenson's complaint, and any claims that were

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

raised or could have been raised in the above proceedings, are dismissed with prejudice without further costs or attorney's fees to either party.

Dated: 5-9-2001

**MURRIN LAW FIRM**

By ______________________
John O. Murrin (#7679X)
Attorney for Plaintiff
4018 W. 65th St.
Edina, Minnesota 55435
(612) 925-3202
Attorney I.D. #7679X

Dated: 5-14-2001

**DORSEY & WHITNEY LLP**

By ______________________
Stephen P. Lucke (#154210)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, Minnesota 55402-1498
(612) 343-7947
Attorney for Defendant

Dated: 5/9/01

By ______________________
Harvey Friedenson
Plaintiff
1904 Main Street
Hopkins, MN 55343